Fill in this information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | Mayvis | LaTrelle | Payne |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Michael | Robert | Payne |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number  17-34674
(If known)

**FILED**
JEANNE A. NAUGHTON, CLERK

JAN 23 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

## Official Form 423
## Certification About a Financial Management Course       12/15

If you are an individual, you must take an approved course about personal financial management if:
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.

- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1:  Tell the Court About the Required Course

You must check one:

[X] I completed an approved course in personal financial management:

Date I took the course   06/09/2022
                         MM  /  DD  /  YYYY

Name of approved provider   BE Adviser, LLC

Certificate number   15111-NJ-DE-036607221

[ ] I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on (check one):

  [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  [ ] **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

  [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  [ ] **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2:  Sign Here

I certify that the information I have provided is true and correct.

/s/ Michael Robert Payne                    Michael Robert Payne           Date  06/10/2022
Signature of debtor named on certificate    Printed name of debtor               MM  /DD/  YYYY

Official Form 423                Certification About a Financial Management Course



Certificate Number: 15111-NJ-DE-036607221

Bankruptcy Case Number: 17-34674



15111-NJ-DE-036607221

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2022, at 11:08 o'clock PM EDT, Michael Robert Payne completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

**FILED**
JEANNE A. NAUGHTON, CLERK
JAN 23 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

Date:  June 10, 2022                By:    /s/Ryan McDonough

                                    Name:  Ryan McDonough

                                    Title: Executive Director of Education

Fill in this information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | Mayvis | LaTrelle | Payne |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Michael | Robert | Payne |
| (Spouse, If filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __District of New Jersey__

Case number __17-34674__
(If known)

**FILED**
JEANNE A. NAUGHTON, CLERK

JAN 23 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

## Official Form 423
## Certification About a Financial Management Course                12/15

If you are an individual, you must take an approved course about personal financial management if:
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1: Tell the Court About the Required Course

You must check one:

[X] I completed an approved course in personal financial management:

Date I took the course    __06/09/2022__
                         MM / DD / YYYY

Name of approved provider    __BE Adviser, LLC__

Certificate number    __15111-NJ-DE-036607220__

[ ] I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on (check one):

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

[ ] **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

/s/ Mayvis LaTrelle Payne          Mayvis LaTrelle Payne          Date __06/10/2022__
Signature of debtor named on certificate    Printed name of debtor               MM / DD / YYYY

Official Form 423          Certification About a Financial Management Course

Certificate Number: 15111-NJ-DE-036607220

Bankruptcy Case Number: 17-34674



15111-NJ-DE-036607220

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2022, at 11:08 o'clock PM EDT, Mayvis LaTrelle Payne completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

**FILED**
JEANNE A. NAUGHTON, CLERK
JAN 23 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Date:  June 10, 2022         By:    /s/Ryan McDonough

                             Name:  Ryan McDonough

                             Title: Executive Director of Education



Payne
43 Chimney Ct.
Lawrence Harbor, NJ
08879

DV DANIELS NJ 070
21 JAN 2023 PM 6 L

United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

08608-150705