```
FILED
JEANNE A. NAUGHTON, CLERK
MAR 16 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY
```

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Mayvis LaTrelle Payne<br>43 Chimney Ct.<br>Laurence Harbor, NJ 08879 | Case No.: 17-34674-MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Mayvis LaTrelle Payne, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 3/14/2023

_____
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*

**FILED**
JEANNE A. NAUGHTON, CLERK

MAR 16 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>Michael Robert Payne<br>43 Chimney Ct.<br>Laurence Harbor, NJ 08879 | Case No.: 17-34674-MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Michael Robert Payne, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 3/14/2023

_____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18



DV DANIELS NJ 070
15 MAR 2023 PM 6 L

Mavis Payne
43 Chimney Ct.
Lawrence Harbor, NJ 08879

United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

08608-150705